# EXHIBIT F

A.E. CARTER DISTRIBUTING INC.

# YOUR ONE STOP SOURCE FOR BUILT-IN SUPPLIES

## MOTORS

| Part | Description | Price | | Price | | Price |
|---|---|---|---|---|---|---|
| L115334 | 7.2" 2-Stg Tang B/B 120V | ~~$129.52~~ | | ($129.75) | | ~~$125.18~~ |
| L115923 | 5.7" 2 Stg High Performance | $72.90 | 4+ | $70.96 | 8+ | $69.11 |
| L116311-01 | 5.7" 2-Stg Thru-Flow B/B | $53.91 | 4+ | $53.24 | 8+ | $51.94 ◇ |
| L116336-01 | 5.7" 2-Stg BP P/D 120V B/B | $65.86 | 4+ | $64.11 | 8+ | $62.44 |
| L116392-00 | 5.7" 2-Stg Bypass Tang B/B | $70.67 | 4+ | $69.33 | 8+ | $68.46 ◇ |
| L116472-00 | 5.7" 2-Stg Tang Bypass 11.7 amp | $104.65 | 4+ | $101.86 | 8+ | $99.21 |
| L116565-13 | 5.7" 3 Stg Tang B/B 10.3 amp | $96.08 | 4+ | $93.73 | 8+ | $91.50 ◇ |
| L116765-00 | 5.7" 3-Stg BP Tang B/B MTL Horn | $82.30 | 4+ | $80.11 | 8+ | $78.03 |
| L117123-07 | 5.7" 3-Stg Tang BP 240V Flltex | $108.95 | 4+ | $107.59 | 8+ | $104.96 ◇ |
| L117500-12 | 7.2" 3-Stg Bypass Tang B/B | $193.83 | 4+ | $188.66 | 8+ | $183.76 |
| L117507-00 | 7.2" 3 Stg Bypass B/B 120V | $176.77 | 4+ | $172.05 | 8+ | $167.59 |
| L117549-12 | 7.2" 2-Stg Bypass Tang B/B | $172.94 | 4+ | $168.33 | 8+ | $163.96 |
| L118139-27 | P/N Kenmore Pan. Geared Pulley | ~~$27.48~~ | 4 | ($26.39) | | ~~$26.06~~ |

## WANDS

| Part | Description | Price | | Price | | Price |
|---|---|---|---|---|---|---|
| CN4731 | Wand Chrome 1-1/4" 19" Nylon Collar | $4.27 | 10+ | $3.97 | 25+ | $3.81 |
| CN4743B | Plastilex Style Wand Upper 19" w/ Cord Mgt. | $7.08 | 2+ | $6.99 | 3+ | $6.90 ◇ |
| CN4760 | Wand Chrome B/L 19" w/Black Cord Mgt | ~~$6.79~~ | | ($4.99) | 5+ | ~~$6.02~~ |
| CN4766 | Cen-Tec Style Upper Wand Cord Mgt | $7.15 | 10+ | $6.65 | 25+ | $6.39 |
| CNCTB | Quick Connect Wand Lower w/ Cord Gray | $8.91 | 5+ | $8.68 | 10+ | $8.58 ◇ |
| CNCTBMR | Plas. Telescop. Rachet Wand w/o Sensor/Chrome | $22.00 | 5+ | $21.44 | 10+ | $21.18 ◇ |
| CN53572 | Wand Black Plastic 1-1/4" | $1.24 | 10+ | $1.15 | 25+ | $1.11 |
| HM4170L2 | Wand Lower Superlatch Gray w/ Cord | ~~$13.52~~ | | ($10.48) | | ~~$11.17~~ |
| HM4170L3 | Wand Lower Superlatch Ivory w/ Cord | ~~$13.52~~ | | ($10.48) | | ~~$11.17~~ |
| M0775 | Wand 19" Chrome B/L w/o Cord Channel | $4.14 | 10+ | $4.04 | 25+ | $3.99 ◇ |

HP
H-P PRODUCTS, INC.
Turbocat EX
$76.99
Retail Value
$139.95
new!
HP8705
Vac-N-Groom Dbl Bristled Brush Roller
Run-Silent Bearings & Belt
Powerful Double-Edge Cleaning
Turbocat
Light Gray
$63.49
Retail Value
$109.95
HP8695

FLASH PREMIUM
NEW
$174.99
Bonus Items
Chrome Mini Rachet Wand
Aluminum Telescopic Wand
CN96498 30'PT
CN96476 30'DC
Call for Details!
ALL KITS INCLUDE:
30' Crushproof Hose
CT-210 12" Electric Brush
Hose Hanger
Mesh Caddie Bag
Accessories
FLASH PLUS
Bonus Items
Buttondown Cord Mgmt Upper Wand
19" Locking Lower Wand
Two 19" Buttondown Wands
NEW
$155.99
CN94787 30'PT
CN94908 30'DC

VACSOC
Ultra
STRETCH
NEW
Fits 30' and 35' Hoses
B91007 Blue
B91008 Grey
B91009 Taupe
$16.49
Super Grip Clip
Reversible Hose Cover

CALL 1-800-877-8544 FOR OUR ORDER HOT LINE

TURBO NOZZLE

# Hi Performance Turbo Nozzle 1¼" Fitall - 13" Wide

- ♦ Textured finish - will not show scratches.
- ♦ Wand Lock on Side of Elbow
- ♦ Heavy Duty Elbow Spring
- ♦ All Wheels are vinyl - will not scratch floors
- ♦ Serpentine Belt
- ♦ Acrylic Brush w/ Red Bristles

**32-4827-62 Black**
**32-4828-25 Grey**
(1) 49.99 (2) 45.99

MIELE REPLACEMENT PARTS

## MIELE REPL. PARTS 35mm Tools

Tools fit Bosch, Miele, Samsungs & Lil'-Sucker Cans

| Item | Notes | Part # | Price |
|---|---|---|---|
| Filter Super Clean S227/4000 | 3 Pkg | 54-2315-07 | (1)3.47 (5)3.07 |
| HEPA Charcoal Active Air Clean | S300i/S600i | 54-2362-07 | (1)13.50 (3)12.95 |
| HEPA Filter S4 Galaxy | Charcoal Odor Control | 54-2364-01 | (1)16.95 (3)15.25 |
| Crevice Tool | | 54-1800-66 | 1.35 |
| Crevice Tool Molded for Onboard | | 54-1803-68 | (1)1.05 (5).95 |
| Dust Brush Horsehair | Vinyl | 54-1600-06 | 2.85 |
| Dust Brush w/ Large Opening | Horsehair; Hard Plastic | 54-1605-61 | (1)1.50 (5)1.40 |
| Dust Brush Molded for Onboard | Swivels; New Shipment has longer bristles; Horsehair | 54-1607-66 | (1)1.50 (5)1.40 |
| Dust Brush Oblong Nylon Bristle | NEW | 54-1611-69 | (1)3.25 (5)2.95 |
| Floor Brush w/ Dual Swivel Elbow | Horsehair; Spring Loaded | 54-1505-66 | (1)5.75 (5)4.75 |
| Floor Brush 12" w/wheel Horsehair | | 54-1528-62 | 4.75 |
| Floor Brush 14" w/wheel Horsehair | | 54-1535-65 | 6.05 |
| Rug/Floor Tool w/ wheels | | 54-1419-66 | 3.95 |
| Rug/Floor Tool 10" | | 54-1432-68 | 4.40 |
| Mop Tool | | 54-1522-67 | (1)9.05 (5)8.30 |
| Uph. Nozzle w/ Slide on Brush | | 54-1700-62 | 1.90 |
| Uph. Nozzle Molded for Onboard | | 54-1703-62 | (1)1.05 (5).95 |
| Wand Friction Fit | Black Plastic | 54-1940-91 | .69 |
| Wand Telescopic | NEW; Steel Chrome; With Slot for Tools | 54-1901-01 | (1)6.99 (3)5.99 |
| Geared Belt | NEW; Power & Turbo Nozzles | 54-3301-06 | (1)3.95 (5)3.45 |
| Air Driven - Turbo Rug/Floor | | 54-4808-68 | 8.75 |
| Turbo Rug w/ Detachable Cover | | 54-4805-66 | (1)7.75 (3)7.25 |
| Air Driven - Turbo Upholstery | | 54-4833-62 | (1)6.99 (3)6.75 |
| Air Driven - Turbo Upholstery | 4.5" Wide; w/ Pet Hair Attachment | 54-4810-66 | (1)5.95 (3)5.60 |

## PAPER BAGS

G/N Paper Bag EnviroCare (5pk + 2 filters)
**54-2413-08 (1) 5.85 (5) 5.35**

F/J/M Allergen Paper Bag DVC (5 pk + 2 filters)
**54-2414-05 (1) 4.75 (5) 4.27**

F/J/M Micro Paper Bag EnviroCare (5 pk + 2 filters)
**54-2415-02 (1) 5.20 (5) 4.85**

F Paper Bag DVC (3 pk)
**54-2416-01 (1) 3.55**

G Paper Bag DVC (3 pk)
**54-2417-07 (1) 4.34**

J Paper Bag DVC (3 pk)
**54-2418-04 (1) 4.15**

H Paper Bag DVC (3 pk)
**54-2419-01 (1) 3.95**

